UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FRANDLEY LOUIS, on behalf of herself and others similarly situated,

    Plaintiff,

v.

BCG EQUITIES, LLC,

    Defendant.

Case No. 24-61084-CV-DIMITROULEAS

## ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND LITIGATION EXPENSES

THIS CAUSE is before the Court on Plaintiff Frandley Louis ("Plaintiff" or "Class Representative")'s Unopposed Motion for Approval of an Award of Attorneys' Fees, Costs, and Litigation Expenses, filed October 24, 2024. [DE 14]. The Court has carefully considered the Motion and is otherwise fully advised in the premises. The Court referred the Motion to Magistrate Judge Patrick Hunt for report and recommendation. *See* [DE's 15, 17]. The Court held a hearing on the Motion on January 10, 2025. *See* [DE 23].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendations [DE 17], recommending approval of the $37,000 award, is **APPROVED**;

2. Plaintiff's Objections [DE 18] are **DENIED AS MOOT**, on the grounds that the objection regarding the hourly rate does not affect the award amount in this case;

3. The Court approves as reasonable the agreed award of attorneys' fees and expenses

1

      in the total amount of $37,000.

4. The Clerk shall close this case

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 17th day of January, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record